IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PMI NEBRASKA, LLC,<br><br>    Plaintiff and Counterclaim defendant,<br><br>and<br><br>COLIN MCCLURE,<br><br>    Counterclaim defendant,<br><br>vs.<br><br>DAVID NORDHUES, et al.,<br><br>    Defendants and Counterclaimants. | 4:18-CV-3126<br><br>ORDER |

IT IS ORDERED:

1. The parties' joint motion (filing 22) to strike the defendants' third-party complaint (filing 7) is granted.

2. The Clerk of the Court is directed to strike the defendants' third-party complaint (filing 7).

3. The plaintiffs' motion to strike (filing 14) is denied as moot.

4. The parties' joint motion to extend (filing 21) is granted.

5. The defendants may respond to the plaintiff's motion for preliminary injunction (filing 18) on or before November 16, 2018.

6. The plaintiff may reply in support of its motion for preliminary injunction (filing 18) on or before November 26, 2018.

7. The counterclaim defendants may respond to the amended counterclaim (filing 20) on or before November 19, 2018.

Dated this 15th day of October, 2018.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge