IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PMI NEBRASKA, LLC,<br><br>    Plaintiff and counterclaim defendant,<br><br>vs.<br><br>DAVID NORDHUES, et al.,<br><br>    Defendants and counterclaimants,<br><br>vs.<br><br>COLIN MCCLURE,<br><br>    Counterclaim defendant. | 4:18-CV-3126<br><br>JUDGMENT |

On the parties' Joint Stipulation and Motion to Dismiss (filing 111), this case, including all claims and counterclaims, is dismissed with prejudice and with costs taxed to the parties incurring them. The Court retains jurisdiction in this matter for the sole purpose of addressing any dispute arising under the parties' settlement agreement.

Dated this 29th day of April, 2021.

BY THE COURT:

_John M. Gerrard_ (signature)
John M. Gerrard
Chief United States District Judge